**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Joseph Rutledge

                              Plaintiff,

v.                                                    Case No.: 1:13–cv–00870
                                                           Honorable Amy J. St. Eve

City Of Chicago, et al.

                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, January 14, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 1/14/2014 and continued to 2/26/2014 at 08:30 AM. Plaintiff's amended complaint, consistent with the Court's previous rulings, shall be filed by 1/28/14. Defendants shall answer by 2/20/14. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.