```
         IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION


JOSEPH RUTLEDGE,               ) Docket No. 13 C 870
                               )
             Plaintiff,)
                               )
      vs.                      )
                               )
CITY OF CHICAGO DEPARTMENT OF  )
BUILDINGS,                     ) Chicago, Illinois
                               ) February 26, 2014
             Defendant.) 1:10 o'clock p.m.


       TRANSCRIPT OF PROCEEDINGS - STATUS
       BEFORE THE HONORABLE AMY J. ST. EVE


APPEARANCES:


For the Plaintiff:      MR. JOSEPH RUTLEDGE, Pro Se
                        8632 Honore
                        Chicago, Illinois  60620


For the Defendant:      CITY OF CHICAGO, LAW DEPARTMENT
                        BY:  MR. THOMAS FORGUE
                        30 North LaSalle Street, Suite 1230
                        Chicago, Illinois  60602


Court Reporter:         MR. JOSEPH RICKHOFF
                        Official Court Reporter
                        219 S. Dearborn St., Suite 1232
                        Chicago, Illinois  60604
                        (312) 435-5562


           * * * * * * * * * * * * * * * * *

              PROCEEDINGS RECORDED BY
              MECHANICAL STENOGRAPHY
           TRANSCRIPT PRODUCED BY COMPUTER
```

| | |
|---|---|
| 1 | THE CLERK: 13 C 870, Rutledge vs. City of Chicago. |
| 2 | THE COURT: Good afternoon. |
| 3 | MR. FORGUE: Good afternoon, your Honor, Tom Forgue |
| 4 | -- F-o-r-g-u-e -- for defendants. |
| 5 | MR. RUTLEDGE: Joe Rutledge, pro se plaintiff. |
| 6 | THE COURT: You are here for status. |
| 7 | MR. FORGUE: Yes, Judge. |
| 8 | THE COURT: You filed your answer. The amended |
| 9 | complaint was filed. |
| 10 | What is the status, and has any discovery been |
| 11 | engaged in? |
| 12 | MR. FORGUE: I'm -- |
| 13 | THE COURT: What is the status, and have you engaged |
| 14 | in any discovery? |
| 15 | MR. FORGUE: We have not. |
| 16 | THE COURT: Okay. |
| 17 | What about settlement? Is there any interest in |
| 18 | going to see Magistrate Judge Rowland to see if you can settle |
| 19 | this early? |
| 20 | MR. FORGUE: We discussed settlement back last |
| 21 | summer, and we were apart by about a factor of about a |
| 22 | hundred. |
| 23 | THE COURT: Okay. |
| 24 | MR. FORGUE: So -- |
| 25 | THE COURT: I did not know if anything had changed |

```
 1  since I ruled on multiple motions and the case does not
 2  necessarily look the same that it did in the summer.
 3              MR. FORGUE:  Not from our perspective, your Honor.
 4              THE COURT:  Okay.
 5              Rule 26(a)(1) disclosures are due March 10th.
 6  Written discovery should be issued by March 17th.
 7              And how long do you think it will take to complete
 8  fact discovery?  120 days?
 9              MR. FORGUE:  I beg your pardon?
10              THE COURT:  How long do you think it will take to
11  conduct fact discovery?
12              MR. FORGUE:  I think quite a while.  We're going to
13  need the whole spectrum of fact discovery.  In fact, we think
14  we're going to need at least two rounds of just contention
15  interrogatories to really kind of nail down what's going on in
16  this case because we still have really -- particularly, the
17  racial allegations are very skeletal at this point.
18              THE COURT:  150 days, Katie.
19              THE CLERK:  July 31st.
20              THE COURT:  Come back here for a status on April 29th
21  at 8:30.
22              Thank you.
23              MR. FORGUE:  Thank you, Judge.
24              I have some material for Mr. Rutledge to help him
25  out, if you want me to put that on the record or --
```

1     THE COURT:  If you would like to, go ahead.

2     MR. FORGUE:  Yeah, just -- I always feel safer that
3  I've given -- I'm giving him Rules 16 and 26 of the Federal
4  Rules, and I'm giving him Chapters 8 and 9 of the IICLE Civil
5  Procedure that deal with discovery and pretrial procedure so
6  that he can at least have, you know, some basics.

7     THE COURT:  Okay.

8     And you can always go, Mr. Rutledge, up to the Help
9  Desk for pro ses on the 20th Floor.

10    Thank you.

11    MR. FORGUE:  Thank you, Judge.

12              *     *     *     *     *

14  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.

17  /s/ Joseph Rickhoff                    March 6, 2014
    Official Court Reporter