IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JOSEPH RUTLEDGE,<br>Plaintiff,<br><br>vs.<br><br>CITY OF CHICAGO, VALLIE SMITH<br>and DON KERSICK,<br>Defendants. | Case Number: 13 CV 00870<br><br>Judge Amy J. St. Eve |

### NOTICE OF MOTION

TO: Tom Forgue
City of Chicago Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street #1230
Chicago, Illinois 60602
Phone: 312.744.6975/312.742.0307

PLEASE TAKE NOTICE that on Wednesday, September 17, 2014, at 8:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Amy St. Eve or any judge sitting in her stead in Courtroom 1241 of the US District Court of the Northern District of Illinois, Eastern Division, Everett Dirksen United State Courthouse, 210 South Dearborn Street, Chicago, Illinois, and shall present the following motion attached hereto:

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Dated: September 9, 2014                  Respectfully submitted,

By: _____
Joseph Rutledge

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, I provided service to the person listed above of PLAINTIFF'S MOTION ORDER, a proposed order, a NOTICE OF MOTION, and this CERTIFICATE OF SERVICE, Chicago, Illinois 60602.

*Pro Se*

By: _____
Joseph Rutledge